OSCHNER v. SCHUNK ET AL.

1. **Practice in the Supreme Court**: ASSIGNMENT OF ERROR. An assignment of error must specify which of several points in a motion for a new trial is relied upon as constituting the error which vitiates the judgment.

*Appeal from Dubuque District Court.*

THURSDAY, JUNE 14.

THIS is an action at law. The plaintiff held a judgment against Michael and Catherine Schunk, and Catherine Wunderlich was garnished on execution. Her answer denies any indebtedness to the other defendants. Issue was taken upon her answer. There was a trial by jury—verdict and judgment for the garnishee. Plaintiff appeals.

*E. McCeney* and *Fred O'Donnell*, for appellant.

*Fouke & Lyon*, for appellees.

ROTHROCK, J.—There is but one assignment of error. It is in these words: "The court erred in overruling the motion for 1. PRACTICE in a new trial." This assignment is not sufficiently the supreme court: assign- specific to meet the requirements of Sec. 3207 of ment of error. the Code. It is there provided that, "among several points in a demurrer, or in a motion, or instructions, or rulings in an exception, it must designate which is relied on as an error, and the court will only regard errors which are

assigned with the required exactness." The motion for new trial in this case contained three points.

· Appellees insist on their objection to the assignment of error, and we must sustain such objection. · ·

It may be proper to remark that this result is the same at which we would have arrived, upon a determination of the case on the merits.

AFFIRMED.